# EXHIBIT A

**From:** Eberhard, Mark <mark.eberhard@hp.com>
**Sent:** Thursday, July 25, 2024 10:11 PM
**To:** Mitsuko Kobe <kobe.mitsuko@dy.mitsubishielectric.co.jp>
**Cc:** Keiko Higuchi <Higuchi.Keiko@dp.mitsubishielectric.co.jp>; McKinney, Jack <jack.h.mckinney@hp.com>
**Subject:** RE: Mitsubishi standards-essential HEVC patents

Dear Kobe-san,

Thank you for message and the offer. Please see the attached correspondence. As mentioned in the attached correspondence, HP is reviewing Mitsubishi's most recent offer and will provide a substantive response to that offer soon.

Thanks,

Mark

**Mark Eberhard**
IP Litigation Counsel
HP Inc.
10300 Energy Dr.
Spring, TX 77389
Office: (832) 502-9756
Mobile: (510) 828-8374

