# EXHIBIT C

## COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| SUFFOLK, SS | SUPERIOR COURT DEPARTMENT<br>BUSINESS LITIGATION SESSION |
| HP INC.,<br>      Plaintiff,<br><br>v.<br><br>ACCESS ADVANCE LLC, DOLBY INTERNATIONAL AB, DOLBY LABORATORIES LICENSING CORPORATION, MITSUBISHI ELECTRIC CORPORATION, and KONINKLIJKE PHILIPS N.V.,<br><br>      Defendants. | Civil Action No. 22484CV01952-BLS2 |

## NOTICE OF FILING OF NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** on August 23, 2024, Defendants Access Advance LLC, Dolby International AB, Dolby Laboratories Licensing Corporation, Mitsubishi Electric Corporation, and Koninklijke Philips N.V. in the above-captioned action removed this action to the United States District Court for the District of Massachusetts by filing a Notice of Removal in that court. A copy of the Notice of Removal and accompanying exhibits are attached as Exhibit 1. Accordingly, and pursuant to 28 U.S.C. § 1446(d), this court may proceed no further unless and until the case is remanded.

Respectfully submitted,

Dated:  August 23, 2024                    */s/* Andrew T. O'Connor

                              Andrew T. O'Connor (BBO# 664811)
GOULSTON & STORRS
One Post Office Square
Boston, Massachusetts  02109
Tel.:    (617) 574-4153
aoconnor@goulstonstorrs.com

Richard M. Zielinski (BBO# 540060)
GOULSTON & STORRS
One Post Office Square
Boston, Massachusetts  02109
Tel.:    (617) 574-4029
rzielinski@goulstonstorrs.com

Garrard R. Beeney (*pro hac vice forthcoming*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Tel.:    (212) 558-4000
Fax:    (212) 558-3588
beeneyg@sullcrom.com

*Counsel for Defendants Access Advance LLC, Dolby International AB, Dolby Laboratories Licensing Corporation, Mitsubishi Electric Corporation, and Koninklijke Philips N.V.*

**CERTIFICATE OF SERVICE**

Pursuant to Mass. R. Civ. P. 5(a) and Mass. R. Super. Ct. 9(b), I hereby certify that, on August 23, 2024, I electronically filed the foregoing with the Superior Court of the State of Massachusetts using the eFileMA system.  I further certify that, on August 23, 2024, I electronically served the foregoing upon HP's counsel of record in the State Court Action via e-mail to the following e-mail addresses:

William T. Davison, William.Davison@ropesgray.com;
Daniel V. Ward, Daniel.Ward@ropesgray.com;
Amanda Pine, Amanda.Pine@ropesgray.com;
Matthew J. Rizzolo, Matthew.Rizzolo@ropesgray.com;
Matthew P. Whitley, mwhitley@beckredden.com;
Alistair B. Dawson, adawson@beckredden.com);
Madison Young Moore, myoung@beckredden.com.

*Counsel for Plaintiffs HP Inc.*

                                      */s/* Andrew T. O'Connor

                                      Andrew T. O'Connor (BBO# 664811)
                                      GOULSTON & STORRS
                                      One Post Office Square
                                      Boston, Massachusetts  02109
                                      Tel.:   (617) 574-4153
                                      aoconnor@goulstonstorrs.com

                                      Richard M. Zielinski
                                      GOULSTON & STORRS
                                      One Post Office Square
                                      Boston, Massachusetts  02109
                                      Tel.:   (617) 574-4029
                                      rzielinski@goulstonstorrs.com

                                      *Counsel for Defendants Access Advance*
                                      *LLC, Dolby International AB, Dolby*
                                      *Laboratories Licensing Corporation,*
                                      *Mitsubishi Electric Corporation, and*
                                      *Koninklijke Philips N.V.*